UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
WINDWARD BORA, LLC,　　　　　　　　　　　　Case No.: 7:19-cv-04503-CS

　　　　　　　　　　　　Plaintiffs

　　　　　　　　　-against-


JOHN SOTOMAYOR; ALEXANDRIA LOAIZA; AMERICAN EXPRESS CENTURION BANK; MIDLAND FUNDING LLC D/B/A IN NEW YORK AS MIDLAND FUNDING OF DELAWARE LLC; NEW YORK STATE TAX COMMISSION,

　　　　　　　　　　　　Defendants.
-----------------------------------------------------------------------X

## ORDER TO SHOW CAUSE

Upon the Declaration of Seth D. Weinberg dated August 20, 2020 with attached exhibits, and the pleadings filed in the above referenced matter it is hereby;

**ORDERED**, that the defendants Alexandria Loaiza, American Express Centurion Bank, and Midland Funding LLC d/b/a in New York as Midland Funding of Delaware (collectively the "Defendants") show cause before the Honorable Judge Cathy Seibel in Courtroom 621 of the United States Courthouse, 300 Quarropas Street, White Plains, New York 10601 on _____, 2020, at ___ o'clock in the _____noon thereof, or as soon thereafter as counsel may be heard, why an order should not be entered granting default judgment against the Defendants; and it is further

**ORDERED** that a copy of this order together with the papers upon which it is granted, be served by U.S.P.S Priority Mail Express (or another means of Overnight shipment) upon the Defendants on or before _____, 2020, and that such service shall be deemed good and sufficient.

1

**ORDERED** that the Defendants must file opposition papers to the Plaintiff's Order to Show Cause no later than _____, 2020.

Dated: White Plains, New York
   _____, 2020

                                             _____
                                             Hon. Judge Cathy Seibel
                                             United States District Judge