Hon. Judge Cathy Seibel

United States District Court, SDNY

The Hon. Charles L. Brieant Jr. Federal Building

And United States Courthouse

300 Quarropas Street

White Plains NY 10601

**Re: Civil Action No. 19-cv-4503**

Windward Bora, LLC v. Sotomayor et al

September 10, 2020

Dear Judge Siebel,

## Response – Opposition to Order to Show Cause Dated August 20,2020

**Emailed to Temporary_Pro_se_filing@nysd.uscourts.gov**

**Mailed to Hasbani and Light Priority 2 Day**

My name is John Sotomayor I am the Pro Se Defendant residing at 2359 Maple Ave. in the above mentioned case. My wife is Alexandra Loaiza.

As I have mentioned in the past I am not a lawyer but am representing both Alexandra Loaiza and myself John Sotomayor. I would have submitted this earlier but I needed to attempt and understand why this order to show cause was being sent close to a year after the beginning of this trial.

It would seem this is not the proper procedure and should be dismissed with prejudice. The plaintiff is represented by attorney's and I do not see they have been following proper and fair practices. Again this is why I state this case should be dismissed with prejudice.

Please understand, I was appearing in court for our home. As a result Alexandra did not attend the court proceedings. But we will attend the hearing on the 21st of September at 10:00am. No Default Judgement should be brought against Alexandra Loaiza. As our response will be delivered by September 21st, 2020.

I was told I could respond to the plaintiffs new summary judgement by the 21st of September based on the bench ruling we attended on July 22, 2020. If that has changed can I be told as soon as possible. I was not given your bench ruling until 8/19/2020. As I am working my way thru everything I just want to make sure I don't miss any deadlines.

Therefore as a result Alexandra did not intentionally miss any response as I responded for both of us. Moving forward she will respond with me.

Thank you, John Sotomayor and Alexandra Loaiza

Pro Se Litigants

John Sotomayor

Alexandra Loaiza

2359 Maple Ave

Cortlandt Manor NY 10567

9178872223

Jhnsot@gmail.com

The Order to Show Cause is not directed to Mr. Sotomayor. It is directed to the other Defendants, including Ms. Loaiza, who have not responded to the Complaint. Mr. Sotomayor is not a lawyer and cannot represent other parties. His opposition to the summary judgment motion is due 9/21/20. The Clerk shall send a copy of this endorsement to Mr. Sotomayor and Ms. Loaiza.

SO ORDERED.

*Cathy Seibel*

CATHY SEIBEL, U.S.D.J.

9/10/20