# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

WINDWARD BORA, LLC,

                        Plaintiff,                       19 **CIVIL** 4503 (CS)

        -against-                          **JUDGMENT**

JOHN SOTOMAYOR and ALEXANDRIA LOAIZA,

                        Defendants.

------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 15, 2021, Summary Judgment is granted in favor of Defendants, and judgment is entered in favor of Defendants; accordingly, the case is closed.

**Dated:**  New York, New York
          April 16, 2021

                                                    **RUBY J. KRAJICK**
                                                    _____
                                                          **Clerk of Court**
                                      **BY:**
                                                            **Deputy Clerk**